March 20, 2024

**NORTON ROSE FULBRIGHT**

Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
United States of America

Direct line +1 214 855 3916
kristina.williams@nortonrosefulbright.com

Tel +1 214 855 8000
Fax +1 214 855 8200

*Via PACER/ECF*

Mr. Lyle W. Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130-3408

Re:  No. 23-50862; *Jerry Clayton Gift, Appellant v. Anadarko Petroleum Corporation Change of Control Plan, et al., Appellees*

Dear Mr. Cayce,

I am counsel for Appellees in Case No. 23-50862, *Jerry Clayton Gift v. Anadarko Petroleum Corporation Change of Control Plan*. Appellees' brief is currently due March 28, 2024. Appellees respectfully request a 29-day Level 1 first extension to file appellees' brief in this matter under Fifth Circuit Rule 31.4.3.1. Appellees' new requested due date is April 26, 2024. This is the first extension request.

I conferred with Appellant's counsel, Amy Gibson, as to this extension request on March 20, 2024. Ms. Gibson stated that she is **unopposed** to Appellees' extension request.

This extension is requested due to my heavy caseload. Since Appellant filed his brief on February 27, 2024, I:

- Prepared and filed Appellees' brief on Feb. 28, 2024 in *Jung-Hoon Yoon v. Nisha J. Garg, et al*, No. 23-20519 (Fifth Circuit Court of Appeals);

- Prepared and filed post-verdict briefing and prepared for the hearing on same on March 7, 2024 in *Michael Mitchell, et al. v. Statewide Transport, LLC, et al*, No. 2018-CI-00068 (Bexar Cnty., Tex.);

- Prepared and filed Appellants' brief on March 8, 2024 in *Hoff v. Amended and Restated Anadarko Petroleum Corp., et al.*, No. 23-1361 (Tenth Circuit Court of Appeals); and

- Went on a prescheduled vacation and then unexpectedly cared for ill children from March 11, 2024 through March 19, 2024.

Further, between now and April 26, 2024, I am scheduled to:

- Prepare and file Appellee's Brief on March 27, 2024 in *Michael Johnson, et al. v. Valero Services, Inc.*, No. 09-23-00393-CV (Texas Ninth Court of Appeals);

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

139504749.2

NORTON ROSE FULBRIGHT

March 20, 2024
Page 2

- Prepare and file a motion to modify the judgment by March 29, 2024 in *Carl W. Soderstrom, M.D. v. Aaron Warr*, No. 471-00220-2022 (Collin Cnty., Tex.);

- Negotiate final settlement papers and attend the minor prove-up hearing on April 2, 2024 in *Hunter Brian, et al. v. D'Andra Bingham, M.D., et al.*, No. DC-23-01657 (Dallas Cnty., Tex.); and

- Prepare and file a response to Plaintiffs' motion for attorneys' fees on April 4, 2024 in *Benjamin Kunze, et al. v. Baylor Scott & White Health, et al.*, No. 3:20-cv-01276-N (N.D. Tex.).

This request is not brought for purposes of delay, but is intended to ensure orderly disposition of this case. Appellees thus respectfully request that the Court grant their extension request and set a new due date for Appellees' brief of April 26, 2024. Please contact me if you have any questions.

Very truly yours,

Kristina Williams

139504749.2